DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**KRISTINA M. LAWHON-GRIFFIS,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D18-2200

[October 11, 2018]

Appeal of order denying rule 3.800 motion from the Circuit Court for the Nineteenth Judicial Circuit, Okeechobee County; Michael C. Heisey, Judge; L.T. Case No. 47-2005-CF-000707 A.

Kristina M. Lawhon-Griffis, Brooksville, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

TAYLOR, CONNER and FORST, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***